DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CAPITAL VENTURES INTERNATIONAL, LLC,**
Appellant,

v.

**RONNIE QUINTEROS,**
Appellee.

No. 4D2024-0619

[April 9, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Christopher W. Pole, Senior Judge; L.T. Case No. CACE16-006184.

Joshua Christensen of Lampariello Law Group, LLP, Royal Palm Beach, for appellant.

Nicole R. Moskowitz of Neustein Law Group, P.A., Aventura, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

WARNER, CONNER and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***